792 A.2d 1250

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

George P. MICACCHIONE, Respondent.

No. 704 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Argued March 6, 2002.

Decided March 22, 2002.

David Michael Lame, for Office of Disciplinary Counsel.

William M. Panella, for George P. Micacchione.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN, JJ.

*ORDER*

PER CURIAM:

Upon consideration of the Report and Recommendations of the Disciplinary Board dated September 20, 2001, and following oral argument, it is hereby

ORDERED that respondent, George P. Micacchione, be and he is disbarred from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Mr. Chief Justice Zappala and Mr. Justice Castille dissent and would suspend respondent for a period of five years.